

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-19-00036-CR

COREY DEWAYNE WILBERT, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 76th District Court
Camp County, Texas
Trial Court No. CF-17-01787

Before Morriss, C.J., Burgess and Stevens, JJ.

O R D E R

Corey Dewayne Wilbert has filed an appeal from a judgment of conviction entered by the 76th Judicial District Court of Camp County. Wilbert retained Clay Dean Thomas to represent him on appeal, but Thomas has filed a motion to withdraw with this Court averring that Wilbert no longer desires his services. Thomas' motion satisfied the requirements of Rule 6.5 of the Texas Rules of Appellate Procedure, and we hereby grant the motion to withdraw. *See* TEX. R. APP. P. 6.5.

In light of these circumstances, we abate this case to the trial court so that it may conduct whatever hearings are necessary to make the following determinations: (1) whether Wilbert still desires to prosecute this appeal and, if so, (2) whether Wilbert is indigent and entitled to the appointment of counsel to represent him on appeal. If Wilbert is determined to be indigent, then the trial court shall appoint counsel to represent him on appeal.

The trial court may enter any orders necessary to implement these directives. Any hearing shall be conducted by the trial court within fifteen days of the date of this order. Appropriate orders and findings shall be sent to this Court in the form of a supplemental clerk's record within ten days of the date of the hearing contemplated by this order. The reporter' record of any hearing shall be filed with this Court within ten days of the date of the hearing contemplated by this order.

All appellate timetables are stayed and will resume on our receipt of the supplemental appellate record.

IT IS SO ORDERED.

BY THE COURT

Date: March 20, 2019